

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

LOUISE LIPPIN
Phone: 212-788-0790
Fax: 212-791-9714
E-mail: llippin@law.nyc.gov

July 21, 2011

BY HAND
The Honorable Barbara S. Jones
United States Courthouse
Southern District of NY
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/11
```

Re: **Knife Rights, Inc. et al v. Vance, et al.**,
Docket No. 11-cv-03918

Your Honor:

My office represents defendant, The City of New York, in the above entitled action. The complaint was received on July 14, 2011. I write to request an extension of time to respond to the complaint.

The complaint contains allegations against the New York City Police Department ("NYPD"), as well as unnamed NYPD officers. In order to appropriately respond to the complaint, I have requested that the NYPD locate the relevant files and provide me with copies as soon as possible so that my response will be an informed one, in keeping with the requirements of FRCP 11(b).

In light of the circumstances, and the fact that counsel for defendants, the District Attorney and the Attorney General, are also seeking an extension of time, I respectfully request that defendants' time to respond to the complaint be extended until September 12, 2011. Charles Enloe, of the Office of the Attorney General, and Patricia Bailey, of the District Attorney's Office, each join in this request. This request has been discussed with David Jensen, attorney for plaintiffs, who has consented to it. This is the first request for such an extension and is necessary in order to provide defendants with sufficient time to gather relevant information to properly respond to the complaint.

*Application granted.*
*So ordered.*
*Barbara S. Jones*
*7/22/11    USDJ*

Thank you for your consideration of this request.

Respectfully,

Louise Lippin (LL47122)
Assistant Corporation Counsel

Cc: Via electronic mail:
David Jensen, Esq.
Charles Enloe, Esq.
Patricia Bailey, Esq.

2