UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIFE RIGHTS, INC.; JOHN COPELAND; PEDRO PEREZ<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>CYRUS R. VANCE, JR., In his Official Capacity as the New York County District Attorney and CITY OF NEW YORK<br><br>　　　　　　　　　Defendants. | 11 CV 3918<br><br>(BSJ)(RLE)<br><br>**Notice of Motion** |

　　　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and on the prior pleadings, proceedings and papers herein, the undersigned will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on October 12, 2011, for an order pursuant to 12(b)(1) and 12 (b)(6) of the Federal Rules of Civil Procedure dismissing the complaint as to defendant New York County District Attorney CYRUS R. VANCE, JR., for failure to state a claim upon which relief may be granted, and for any other fair and equitable relief that may be appropriate.

Dated: New York, New York
　　　　October 12, 2011

　　　　　　　　　　　　　　　　　　　　　　CYRUS R. VANCE
　　　　　　　　　　　　　　　　　　　　　　District Attorney, New York County
　　　　　　　　　　　　　　　　　　　　　　as Special Assistant Corporation Counsel
　　　　　　　　　　　　　　　　　　　　　　One Hogan Place
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10013

　　　　　　　　　　　　　　　　　　　　　　BY:　　　　/S/
　　　　　　　　　　　　　　　　　　　　　　　　Patricia J. Bailey (PB 3362)
　　　　　　　　　　　　　　　　　　　　　　　　Assistant District Attorney
　　　　　　　　　　　　　　　　　　　　　　　　 Of Counsel
　　　　　　　　　　　　　　　　　　　　　　　　(212) 335-4362 direct
　　　　　　　　　　　　　　　　　　　　　　　　(212) 335-4390 facsimile