UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIFE RIGHTS, INC.; JOHN COPELAND; AND PEDRO PEREZ<br><br>Plaintiffs,<br><br>CYRUS R. VANCE, JR., In his Official Capacity as the New York County District Attorney and CITY OF NEW YORK<br><br>Defendants. | **Declaration of Patricia J. Bailey In Support of New York County District Attorney Cyrus R. Vance, Jr., Motion To Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure**<br><br>11 CV 03918 (BSJ)(RLE) |

PATRICIA J. BAILEY declares pursuant to 28 U.S.C. 1746, under penalty of perjury, that the following is true and correct:

1. I am an Assistant District Attorney in the office of CYRUS R. VANCE JR, New York County District Attorney, and I represent New York County District Attorney Cyrus R. Vance, Jr., in the above above-captioned matter. As such, I am familiar with the facts stated below.

2. This declaration is submitted in support of the DA defendant' motion to dismiss the complaint pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

3. A copy of the criminal court complaint filed against Plaintiff Pedro Perez in New York County Criminal Court and dated November 13, 2010, is annexed hereto as Exhibit A.

4. A copy of the criminal court complaint filed against Plaintiff John Copeland in New York County Criminal Court and dated May 11, 2010, is annexed hereto as Exhibit B.

5. A copy of New York County District Attorney Cyrus R. Vance, Jr. Press Release dated June 17, 2010.

-2-

Dated: New York, New York
October 12, 2011

                CYRUS R. VANCE JR.
                District Attorney, New York County
                As Special Assistant Corporation Counsel
                1 Hogan Place
                New York, New York 10013
                (212) 335-4364 telephone
                (212) 335-4390 facsimile

By:     /S/          
     Patricia J. Bailey (PB 3362)
     Assistant District Attorney
       Of Counsel