# EXHIBIT B

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Page 1 of 1

| THE PEOPLE OF THE STATE OF NEW YORK | MISDEMEANOR |
|---|---|
| -against- | |
| 1. John Copeland (M 34)     ECAB # 1156789 | |
| Defendant. | |

Police Officer Noel Gutierrez, shield 03448 of the Housing PSA 4, states as follows:

On October 10, 2010, at about 15:10 hours opposite of 251 East 3rd Street in the County and State of New York, the Defendant committed the offenses of:

1.  PL265.01(1)    Criminal Possession of a Weapon in the Fourth Degree
                   (1 count)

the defendant possessed a gravity knife.

The offenses were committed under the following circumstances:

Deponent states that deponent observed Police Officer Ioannis Kyrkos, shield #12285 of the Housing PSA 4 recover one gravity knife from defendant's front right pants pocket. Deponent further states that deponent knows said knife is a gravity knife based on deponent's training and experience and based on deponent's observations that the blade of the knife is released from the handle of the knife by the application of centrifugal force and that when the blade is released, it locks in place automatically by means of a spring or other device and that the locking of the blade requires no further action by the user.

Criminal Court of the City of New York

I hereby certify this to be a true copy of the record on file in this Court.

9/6/11
Date

_____
Court Official/Title

2010NY081102

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.

_____        11/3/10  1342
Deponent                 Date and Time

ACT 5 Version 4.3.5 Created on 11/03/10 1:42 PM