UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

KNIFE RIGHTS, INC.;
JOHN COPELAND; and PEDRO PEREZ,

                                      Plaintiffs,

                                   **11 CV. 3918 (BSJ) (RLE)**

               - against -

CYRUS VANCE, FR., in his Official Capacity as the New
York County District Attorney; CITY OF NEW YORK;
and ERIC SCHNEIDERMAN, in his Official Capacity as
Attorney General of the State of New York,

                                      Defendants.

----------------------------------------------------------------------- X

## LIPPIN DECLARATION IN SUPPORT OF THE CITY OF NEW YORK'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FRCP 12(c)

        LOUISE LIPPIN declares under penalty of perjury, pursuant to 28 USC § 1746, that the following is true and correct:

        1.    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendant, The City of New York ("City"), in the above-captioned matter. I am familiar with the facts and circumstances set forth herein based upon my review of the prior submissions in this proceeding, the records of the City of New York, and conversations with agents, officers and employees of the City of New York.

        2.    I submit this affirmation in support of the instant motion of The City of New York to dismiss the complaint pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

- 2 -

3.  A copy of the criminal court complaint filed against plaintiff John Copeland in New York County Criminal Court, dated November 3, 2010, is annexed hereto as Exhibit A.

4.  A copy of the criminal court complaint filed against plaintiff Pedro Perez in New York County Criminal Court, dated May 11, 2010, is annexed hereto as Exhibit B.

Dated: New York, New York
      December 16, 2011

    MICHAEL A. CARDOZO
Corporation Counsel of
the City of New York
Attorney for City of New York
100 Church Street, Room 5-153
New York, New York  10007

By: _____
Louise Lippin (LL-4712)
Assistant Corporation Counsel
Email: llippin@law.nyc.gov
Tel: (212) 788-0790
Fax: (212) 791-9714

TO:   David Jensen, Esq.
        Patricia Bailey, Esq.
           (via ECF)