UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KNIFE RIGHTS, INC.;
JOHN COPELAND; and PEDRO PEREZ,

                    Plaintiffs,

                                                    **11 CV. 3918 (BSJ) (RLE)**

               - against -

CYRUS VANCE, FR., in his Official Capacity as the New
York County District Attorney; CITY OF NEW YORK;
and ERIC SCHNEIDERMAN, in his Official Capacity as
Attorney General of the State of New York,

                    Defendants.

------------------------------------------------------------------------ X

## LIPPIN DECLARATION IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT

       LOUISE LIPPIN declares under penalty of perjury, pursuant to 28 USC § 1746, that the following is true and correct:

       1.     I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendant, The City of New York ("City"), in the above-captioned matter. I am familiar with the facts and circumstances set forth herein based upon my review of the prior submissions in this proceeding, the records of the City of New York, and conversations with agents, officers and employees of the City of New York.

       2.     I submit this affirmation in opposition to plaintiffs' motion for leave to amend the complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

       3.     A copy of excerpts from the deposition transcript of Douglas Ritter, the Chairman of the Board of Directors of Knife Rights, Inc. and the Chairman of the Knife Rights Foundation are annexed hereto as Exhibit A.

4.  Copies of the documents referenced in the excerpted testimony of Douglas Ritter are annexed hereto as Exhibit B.

5.  A copy of co-defendant, District Attorney Cyrus Vance, Jr.'s Responses and Objections to Plaintiffs' Interrogatories, with cover letter, is annexed hereto as Exhibit C.

Dated: New York, New York
June 15, 2012

                      MICHAEL A. CARDOZO
                      Corporation Counsel of
                      the City of New York
                      Attorney for City of New York
                      100 Church Street, Room 5-153
                      New York, New York  10007

By: _____
Louise Lippin (LL-4712)
Assistant Corporation Counsel
Email: llippin@law.nyc.gov
Tel: (212) 788-0790
Fax: (212) 791-9714

TO:  David Jensen, Esq.
       Patricia Bailey, Esq.
           (via ECF)