KRF, INC.

AB Russell's Atki NYCDA
Roger, AR July 2010

Expenses for Todd Rathner &
Doug Ritter

| | |
|---|---|
| Airfare | $625.30 |
| Hotel | $767.30 |
| Rental car | $162.53 |
| Food | $130.52 |
| Travel Ins | $9.98 |
| Tolls | $2.50 |
| | $1698.13 |

DEFENDANT'S EXHIBIT 20R
Blumberg No. 5114
Rtn C 4/26
KR00397

Knife Rights Foundation
NYC - Meeting Aragon &
Bob Altchiler

| | |
|---|---|
| Airfare | $150.00 |
| Cabs | $33.30 |
| Trains | $38.25 |
| Business Meal | $108.27 |
| Food | $79.84 |
| Total | $409.66 |

pd
10-22-10
to Doug Ritter

KR00405

KRF, INC.

ECCKS

March 4, 5, 6, 2011

| | |
|---|---|
| air | 540.40 |
| ~~hotel~~ | ~~~~ |
| cab | 97.00 |
| food | 145.13 |
| hotel | 443.28 |
| Total | 1225.81 |

pd 3/31/11

KR00422

**JASNE & FLORIO, L.L.P.**
Attorneys & Counselors at Law

30 Glenn Street - Suite 103
White Plains, New York 10603
Tel: (914) 997-1212
Fax: (914) 682-8692

Tax ID No. 20-4101676

KNIFE RIGHTS FOUNDATION, INC.
Attn: Douglas S. Ritter
P.O. Box 657
Gilbert,, AZ 85299-0657

December 15, 2010

In Reference To: PSNY v. PEDRO PEREZ
Invoice # 11232

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/14/2010 | HGJ | Retainer due on Account as against future professional services to be rendered |  | 10,000.00 |
|  |  | For professional services rendered | 0.00 | $10,000.00 |
|  |  | Additional Charges : |  |  |
| 10/26/2010 |  | Film developing - knife pictures. CVS |  | 16.75 |
| 10/28/2010 |  | Transcripts - Court Reporters - Sheron Johnson, copies of minutes. JF ck #2039 |  | 16.20 |
| 10/30/2010 |  | Reference materials - various knives, one hand opening, knife, Kobalt 3-blade, folding knife, 25 piece knife set |  | 90.10 |
|  |  | Reference materials - various knives purchased from Home Depot. |  | 28.97 |
| 11/3/2010 |  | FedEx #7940 5984 3812 to Evan Nappen, Esq. |  | 6.19 |
|  |  | FedEx #7964 0095 9437 to Hon. Andrew Cuomo |  | 6.21 |
| 11/10/2010 |  | FedEx #7940 7567 5359 to Gerber |  | 9.75 |
|  |  | FedEx #7940 7570 8972 to Gerber |  | 9.75 |
|  |  | Total costs |  | $183.92 |