

**DISTRICT ATTORNEY**
OF THE
**COUNTY OF NEW YORK**
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000

**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY

June 12, 2012

David Jensen
111 John Street, Suite 230
New York, New York 10038

                        Re: Knife Rights v. Vance
                        11 CV 3918

Dear David:

      I write to follow-up on two discovery requests that were made during Mr. Ritter's deposition on April 26, 2012.

      Specifically, during testimony about KR00405, a handwritten "expense report," and more generally about attribution of organizational expenses to either the Knife Rights Foundation or to Knife Rights Inc., we requested reports or other documents that indicated where certain expenditures were debited. See Ritter Transcript at 83-84.

      Similarly, we requested that you produce the "New York City Defendant Questionnaires" for each of the individuals listed in Defense Exhibit G; namely, Keeling, Parenas, Indman, and any others. See Ritter Transcript at 104.

      Please advise us as to when we can expect these documents.

                                  Sincerely,

                                  Eva Marie Dowdell

cc: Patricia Bailey
     Louise Lippin