UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KNIFE RIGHTS, INC.; JOHN COPELAND;
PEDRO PEREZ; KNIFE RIGHTS
FOUNDATION, INC., and
NATIVE LEATHER, INC.,

                          Plaintiffs,

- against -

CYRUS VANCE, JR., in his Official Capacity
as the New York County District Attorney;
and CITY OF NEW YORK,

                          Defendants.

------------------------------------------------------------------------ X

**NOTICE OF MOTION**

11 Cv. 3918 (BSJ) (RLE)

        **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Louise Lippin and the accompanying Memorandum of Law and on the prior pleadings, proceedings and papers herein, the undersigned will move this Court before the Honorable Barbara S. Jones at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the complaint as to defendant City of New York for failure to state a claim upon which relief may be granted, and for any other fair and equitable relief that may be appropriate.

Dated: New York, New York
           October 15, 2012

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel of
                                              the City of New York
                                              Attorney for City of New York
                                              100 Church Street, Room 5-153
                                              New York, New York  10007

                          By: _____
                                Louise Lippin (LL-4712)
                                Assistant Corporation Counsel
                                Email: llippin@law.nyc.gov
                                Tel: (212) 788-0790
                                Fax: (212) 791-9714

TO: David Jensen, Esq.
     Patricia Bailey, Esq.
     (via ECF)