# EXHIBIT C

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

| THE PEOPLE OF THE STATE OF NEW YORK -against- | MISDEMEANOR | Page 1 of 1 |
|---|---|---|
| 1. Pedro Perez (M 43)   ECAB # 1099072 | | |
| Defendant. | | |

Police Officer Angel Guerrero, shield 24226 of the Transit Division District 03, states as follows:

On April 15, 2010, at about 16:51 hours inside of the West 125th Street and Broadway subway in the County and State of New York, the Defendant committed the offenses of:

1.  PL265.01(1)   Criminal Possession of a Weapon in the Fourth Degree
                  (1 count)

the defendant possessed a gravity knife.

The offenses were committed under the following circumstances:

Deponent states that deponent is informed by Lieutenant Edward Luke of the Transit Division District 03 that informant recovered a gravity knife from defendant's rear left pants pocket. Deponent states that informant determined that said knife was a gravity knife because informant opened the knife with centrifugal force by flicking informant's wrist while holding the knife, and the blade locked in the open position. Deponent further states that said knife does not require manual locking.

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.

P.O. Angel A. Guerrero
Deponent

5-11-10 / 0940
Date and Time

ACT 5 Version 4.3.5 Created on 05/11/10 9:39 AM

## CRIMINAL COURT OF THE CITY OF NEW YORK
## PART B, COUNTY OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK<br><br>vs.<br><br>PEDRO PEREZ<br><br>Defendant | SUPPORTING DEPOSITION<br>100.20 C.P.L.<br><br>Docket No    2010NY035069<br>Adjourned Date    6/24/2010 |

I, Lieutenant Edward Luke, Shield 00000, of an address known to the New York County District Attorney's Office, have read the attached criminal complaint. The facts in this complaint that are attributed to me are true, and I know these facts from my personal knowledge.

False statements made herein are punishable as a Class A misdemeanor pursuant to section 210.45 of the penal law.

_____         6-3-10
Signature                        Date