UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIFE RIGHTS, INC.; JOHN COPELAND; PEDRO PEREZ; KNIFE RIGHTS FOUNDATION, INC.; and NATIVE LEATHER, LTD.,<br>　　　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>CYRUS R. VANCE, JR., in his Official Capacity as the New York County District Attorney and CITY OF NEW YORK,<br>　　　　　　　　　　　　Defendants. | **Declaration of Eva Marie Dowdell in Support of New York County District Attorney Cyrus R. Vance, Jr.'s Motion to Dismiss Pursuant to Rule 12(b)(1) and 12 (b)(6) of the Federal Rules of Civil Procedure**<br><br>11 CV 3918 (BSJ)(RLE) |

EVA MARIE DOWDELL declares pursuant to 28 U.S.C. 1746, under penalty of perjury, that the following is true and correct:

1. I am an Assistant District Attorney in the office of CYRUS R. VANCE, JR., New York County District Attorney, and I represent New York County District Attorney Cyrus R. Vance, Jr., in the above captioned-matter. As such, I am familiar with the facts as stated below.

2. This declaration is submitted in support of the District Attorney's motion to dismiss the complaint pursuant to Rules 12(b)(1) and 12,(b)(6) of the Federal Rules of Civil Procedure.

3. A copy of the criminal court complaint filed against Plaintiff Pedro Perez in New York County Criminal Court and dated May 11, 2010, is annexed as Exhibit A.

4. A copy of the criminal court complaint filed against Plaintiff John Copeland in New York County Criminal Court and dated November 3, 2010, is annexed as Exhibit B.

5. A copy of New York County District Attorney Cyrus R. Vance, Jr.'s Press Release dated June 17, 2010, is annexed as Exhibit C.

DATED:   New York, New York
         October 18, 2012

                                              CYRUS R. VANCE, JR.
                                              District Attorney, New York County
                                              as Special Assistant Corporation Counsel
                                              One Hogan Place
                                              New York, New York 10013

                                              BY:_____/s/_____
                                                  Patricia J. Bailey
                                                  Eva Marie Dowdell
                                                  Assistant District Attorneys
                                                     Of Counsel
                                             (212) 335-4362 direct
                                             (212) 335-4390 facsimile