# EXHIBIT A

# CRIMINAL COURT OF THE CITY OF NEW YORK
## COUNTY OF NEW YORK

Page 1 of 1

| THE PEOPLE OF THE STATE OF NEW YORK | MISDEMEANOR |
|---|---|
| -against- | |
| 1. Pedro Perez (M 43)    ECAB # 1099072 | |
| Defendant. | |

Police Officer Angel Guerrero, shield 24226 of the Transit Division District 03, states as follows:

On April 15, 2010, at about 16:51 hours inside of the West 125th Street and Broadway subway in the County and State of New York, the Defendant committed the offenses of:

1. PL265.01(1)    Criminal Possession of a Weapon in the Fourth Degree
   (1 count)

the defendant possessed a gravity knife.

The offenses were committed under the following circumstances:

Deponent states that deponent is informed by Lieutenant Edward Luke of the Transit Division District 03 that informant recovered a gravity knife from defendant's rear left pants pocket. Deponent states that informant determined that said knife was a gravity knife because informant opened the knife with centrifugal force by flicking informant's wrist while holding the knife, and the blade locked in the open position. Deponent further states that said knife does not require manual locking.

Criminal Court of the City of New York

I hereby certify this to be a true copy of the record on file in this Court.

Date 9/6/11

Court Official/Title

2010NY035069

**False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.**

P.O. Angel A. Guerrero
Deponent

5-11-10 / 0940
Date and Time

ACT 5 Version 4.3.5 Created on 05/11/10 9:39 AM