**HARTMAN & WINNICKI, P.C.**
Daniel L. Schmutter, Esq.
74 Passaic Street
Ridgewood, New Jersey 07450
Phone: (201) 967-8040
Fax:     (201) 967-0590
dschmutter@hartmanwinnicki.com
Attorneys for Plaintiffs,
John Copeland, Pedro Perez, and
Native Leather, Ltd.

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN COPELAND, PEDRO PEREZ, NATIVE LEATHER, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>CYRUS VANCE, JR., in his Official Capacity as the New York County District Attorney, CITY OF NEW YORK,<br><br>Defendants. | Case No.: 11cv3918<br><br><br><br>**EXPERT TRIAL DECLARATION OF PAUL TSUJIMOTO PURSUANT TO F.R.E. 702** |

PAUL TSUJIMOTO, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declares as follows:

**Education, Background, and Qualifications**

1.    I am Vice President of Engineering for Ontario Knife Company, in Franklinville, NY.  This is my second tenure at Ontario which started as of December 2013 as Director of Engineering.  My responsibilities include management of both the

1

Engineering and Quality Departments. In addition, my responsibilities also include oversight and review of manufacturing processes, weekly and monthly financial reviews, personnel issues, ISO Certification, and other company functions.

2. Ontario Knife Company is a 127 year old Knife Manufacturer based in Franklinville, NY. It was formed in Naples, Ontario County, New York in 1889 by William Ensworth, Charles Albert Brace, and William Maudsley. Ontario Knife moved to its present location in Franklinville, NY in 1902 and was incorporated at that time. Ontario Knife Manufactures full lines of Cutlery and Tools for Consumer, Commercial, and Government use.

3. I have spent the last 27 years of my 39 year working career in the cutlery industry. Other knife companies that I have been employed with are Camillus Cutlery (Syracuse, NY), and Cutco Cutlery/KA-BAR Knives (Olean, NY).

4. Before my tenure in the cutlery trades, I worked for 13 years in the Chemical, Heavy Machinery, and Electronics Industries, gaining a diverse set of engineering skills.

5. In 1977, I obtained a Bachelor of Science in Industrial Technology, from State University College at Buffalo, graduating Cum Laude. My main course of study was manufacturing processes and product development.

6. In addition, I have taken many training courses and seminars in Quality, Statistics, TQM, Design and other pertinent industrial subjects, including:

        a. Erie Community College - Mechanical Technology program

        b. State University at Buffalo - Mechanical Engineering Program

        c. ASNT Level III certification - Carrier Corp

      d.  AWS Certified Weld Inspector

7. My past duties have included designing and overseeing new products development from ideation to production. This included making conceptual drawings and deciding on the materials, mechanisms and visuals of the products. I have also been involved with developing and writing the product and quality specifications and the manufacturing process routings. When product were delivered to the warehouse, I oversaw the Quality/Inspection of incoming products, handled the technical side of customer complaints and interacted with the factory to assure the product meets technical specifications.

8. My previous employer, KA-BAR Knives, is a 118 year old company located in Olean, NY. It was originally formed as Tidioute Razor Company by Wallace and Robert Brown in 1898 in Tidioute, Pennsylvania. It moved to Olean, NY in 1910 and changed the company name to Union Cutlery Company as it became a full producer of folding and fixed blade knives in addition to straight razors. From this time to WWII, Union Cutlery was known as a producer of high quality and innovative knives. During WWII the company was a major supplier of knives to the various Military services most notably famous for their USMC F/U knife, Navy Mark I and II knives and the TL-29 folding electrician knife. After the war, Union Cutlery Co. struggled financially and was sold several times, eventually moving to Solon, Ohio. In 1996 KA-BAR Knives (Union Cutlery changed names to KA-BAR Knives in the 1950s) was purchased by the Alcas Corp and returned to Olean, NY where it presently resides.

9. My complete Curricula Vitae is attached hereto as **Exhibit A** and is further identified for evidence as **Exhibit P-6**.

10. On February 1, 2013 I submitted an expert report in this action, and on January 7, 2016 I submitted an addendum. The report and addendum are attached hereto as **Exhibit B** and are further identified for evidence as **Exhibit P-7**.

**Background of Folding, Switchblade and Gravity Knives**

11. Since the end of WWII, Union Cutlery (predecessor to KA-BAR knives) and KA-BAR have sold in excess of one million folding knives. KA-BAR was only one of many cutlery companies in existence from then to now. Today, and since at least, WWI, the folding knife is the most common type of personal knife in the United States. Most cutlery companies have a product mix of 70% folding knives to 30% fixed blade - knives. This 70/30 rule is a general rule of thumb that is used in the knife industry. There are several companies, KA-BAR being one, that sell more fixed blades than folders.

12. From the first folding knives to present, many mechanisms have been introduced to the knife market. Consumer trends, changing technology, and invention have developed the folding knife to what it is today. In addition to the traditional "Slipjoint" folding knife mechanism, in which the blade does not lock in the open position, there are various forms of folding knives which do lock in the open position, including Lock back, Liner lock, Button lock, Bolt Action locks, and many other types of locking mechanisms. These different types of mechanisms all serve the purpose of locking the blade in the open position so that it will not close on a person's fingers while they are using the knife. There is always marketing pressure to produce innovative and novel mechanisms that serve this basic purpose.

13. Prior to the enactment of the Federal and New York State Switchblade and Gravity knife laws in the 1950s, Union/KA-BAR produced several switchblade folding knives, as did many other knife companies.

14. A switchblade knife is generally defined as a knife in which the blade opens by means of a button, spring, or device that is mounted in the handle.

15. The New York statutory definition is basically the same and requires that the blade "open automatically by using hand pressure applied to a button, spring or other device *in the handle*." [Emphasis added.]

16. However, after enactment of these laws, the switchblade knives were discontinued by KA-BAR and replaced by knives that did not open by the operation of a button/switch in the handle and did not use a spring to propel the blade to the open position.

17. KA-BAR has never made a "Gravity Knife" and it did not make any changes to its product line when "Gravity Knives" were banned in 1958.

18. Generally speaking, the term "Gravity Knife" refers to a knife that opens by the force of gravity. If the locking mechanism is released, the blade will (if the blade is pointed downward) move to the open position.

19. Attached hereto to as **Exhibit C**, and further marked for evidence as **Exhibit P-8**, is a diagram drawn by me of the operation of a typical gravity knife. Exhibit C shows the gravity knife in three positions as follows:

   1) Gravity Knife in locked position. Release lever on side of knife in locked position. Lock mechanism holds the blade in the handle.

   2) By moving release lever forward, the blade is unlocked, and the blade falls from the knife handle because of the effect of gravity.

5

> 3) With the knife fully extended, the release lever is pulled backward and the blade is locked in position.

20. The position of the blade and handle is critical: If the path of the blade to the open position is not in the direction of gravity, the blade will not open. Another force must be applied to the knife to open the blade such as centrifugal force.

21. Centrifugal force is defined as follows:

> **Centrifugal force** *n* 1: the force that tends to impel a thing or parts of a thing outward from a center of rotation. 2: the force that an orbiting body exerts on the object constraining it. Merriam-Webster Dictionary. 1974, pg.126

22. This dictionary definition is consistent with my understanding of centrifugal force. An example of centrifugal force is the following: If a person sits in a swivel chair and holds a gravity knife so that the opening of the knife handle is pointed outward, away from their body and they rotate the chair seat so that they spin around on the chair frame, when they release the manually operated knife locking mechanism, the blade, by the rotating force of the chair (centrifugal force), will be pulled out of the handle and into the open position. No other movement other than the rotating chair has influenced or acted upon the knife.

23. Attached hereto as **Exhibit D**, and marked for evidence as **Exhibit P-9**, is a diagram drawn by me that shows the operation of a gravity knife by the swinging of an arm producing centrifugal force and shows as follows:

> 1) Knife is held in the vertical and locked position. Blade is fully retracted in the handle.
>
> 2) As arm starts to swing in a circular path, the lock is pressed, releasing the blade.

      3)   At some point during the rotation of the arm, the blade is fully extended. The thumb releases the lock lever, locking the blade in the extended position.

24.     In this instance, the blade is released by the smooth rotation of the arm around the shoulder or the forearm around the elbow. As with the rotating swivel chair, no sudden or abrupt snapping or flicking motion is required to release the blade from the handle. The centrifugal force is exerted outward from the shoulder or elbow to the knife blade as the arm rotates around the shoulder or elbow.

25.     I have reviewed the definition of "Gravity Knife" that is contained in the New York Penal Law. The definition reads as follows:

> Gravity Knife: Any Knife which has a blade which is released from the handle or sheath thereof by the force of gravity or the application of centrifugal force which, when released is locked in place by means of a button, spring, lever or other device.

26.     My understanding of the definition is that it describes the German Paratrooper Knife. (Deutche Fallschirmjaeger Messer) illustrated in Exhibit C. Notice that the blade slides out of the handle. It does not pivot from the handle as a traditional folding knife does. I have never heard of traditional folding knives, whether they are slip joints, lock backs, or liner lock knives, being referred to "Gravity Knives" (except recently in New York City).

**The Role of Blade Bias in the design and construction of folding knives**

27.     "Blade bias" is a concept that the knife industry uses to help define folding knives. It is in part to separate illegal knives from the legal variety which is helpful in this

discussion. But more importantly it has helped the knife industry by defining a rule to guide the design and production of safe versus unsafe knives.

28. Switchblades and gravity knives have a "Bias to be opened" or a "Bias toward opening."

29. Folding knives, such as slip joints, lock backs, liner locks, instead have a "Bias to be closed" or a "Bias toward closure."

30. On a knife that falls under the "Bias toward opening" rule, the knives are designed so that the blades are released from the handle or sheath by a spring or by gravity. They are held in the closed position by a locking mechanism.

31. On a switchblade knife, when the locking mechanism is released, the blade readily moves automatically to the open position by a spring.

32. On a gravity knife, the blade readily moves to the open position by gravity or centrifugal force.

33. Attached hereto as **Exhibit E**, and marked for evidence as **Exhibit P-10**, is a diagram drawn by me that shows the operation of switchblade knives which shows as follows:

> 1) Knife is in closed position. Blade is fully retracted in the handle.
>
> 2) The thumb moves over the release button.
>
> 3) The pressed button releases the holding mechanism and the blade is rotated out to the open position by the force of a compressed spring.

34. However, knives built with a "Bias toward closure" condition feature blades that are held in the closed position by a spring or other mechanism. The blade will remain

8

in the closed position until the blade is actually manipulated by the hand to <u>overcome</u> the closing tension and move to the open position.

35. Attached hereto as **Exhibit F** and **Exhibit G**, and marked for evidence as **Exhibit P-11** and **Exhibit P-12**, are a diagrams drawn by me that shows the operation of a lock back and liner lock folding knives with a bias in favor of the closed position.

<u>Operation of a Lock Back Folding Knife</u> (**Exhibit F/P-11**):

1) Blade cannot open due to Rocker Bar/Spring placing a resistive force on the blade tang keeping the blade in the closed position.

2) Blade can only be opened by overcoming the Rocker/Spring force and moving the blade to the open position.

<u>Operation of a Liner Lock Folding Knife</u> (**Exhibit G/P-12**):

1) Blade cannot open due to Liner Lock placing a lateral resistive force on the blade tang and keeping the blade in the closed position.

2) Blade can only be opened by a force overcoming the Liner Lock force and moving the blade to the open position.

36. So basically the difference between the two concepts is what the blade tension is trying to do: Hold the blade in the handle (bias toward closure) or open the blade from the handle (bias toward opening). (Gravity does not open a folding knife with a bias toward closure because gravity does not overcome the bias.)

37. This concept is important as it makes a distinction between not only the knives but the fundamental difference in the thought process that goes into the design of the two types of knives.

38. With the exception of switchblades, virtually all folding knives feature a bias toward closure. Since the Federal Switchblade Act prohibited switchblades and gravity knives in 1958, all manufacturers produce folding knives for the general public that have a bias toward closure. Knives that lose the bias toward closure are considered defective and will be replaced, repaired, or adjusted.

**Opening Folding Knives with a "Wrist Flick"**

39. I understand that the New York City Police Department ("NYPD") and the New York County DA's office ("DA") have interpreted the New York Penal Law's prohibition on gravity knives to include folding knives that lock in the open position if those knives can be opened using a "wrist flick test." I understand that this "wrist flick test" involves holding the body of a folding knife in one hand and then forcefully flicking or snapping the knife downward, in an attempt to thereby open the blade of the folding knife to its open position. I understand that if a NYPD officer or DA's investigator is able to open a folding knife in this manner, then they will assert that the knife is a gravity knife as defined in the New York Penal Law.

40. Folding knives generally may be opened with two hands: one grasping the handle and the other grasping the blade and moving it to the open position. Some folding knives have a stud/protrusion or hole on the blade that allows a person to use either their free hand or the thumb of the hand holding the knife to rotate the blade to the open position. This is referred to as a one hand opening knife.

41. Folding knives are neither designed nor intended to be opened with a wrist flick. This motion is dangerous to those around the person opening the knife in this way.

The risk of the knife flying from the hand and causing damage and injury is great and so it is not recommended as a safe opening method. All knives are potentially dangerous and opening them with gross motions like the "wrist flick" constitutes serious neglect on the part of the user.

42. The wrist or arm flicking motion also puts tremendous strain and impact on the knife construction; damaging the locking, pivoting, and stabilizing mechanisms. From time to time, people have returned knives to KA-BAR that exhibit damage from "wrist flicking." They are repaired, but the user is advised against continued opening in this manner.

43. It is potentially possible to open any folding knife using a "wrist flick" motion. Therefore, under this standard, virtually all folding knives produced by both U.S. and foreign makers (KA-BAR included) would potentially be illegal. In turn, all knife makers would have been in open violation of New York criminal law for many years.

44. It is my opinion that the "wrist flick test" is a misinterpretation of the term "centrifugal force" as defined by the New York State Penal law which I have discussed above.

**Other factors that influence the "Wrist Flick Test" on folding knives**

45. There are numerous considerations that impact the extent to which a folding knife resists opening, which in turn would impact the consistency of the "wrist flick test." While different people obviously have significantly different physical abilities in terms of strength and skill, I discuss factors that would impact consistency between knives themselves.

46. There are several types of considerations that would substantially affect the ability to "wrist flick" a folding knife to the open position. They are:

1) <u>Design, materials and construction of a particular make and model of knife</u>.

   a. Design: Different locking mechanisms will all have a different resistance to opening and closing of the blade. i.e.; a lock back will have different characteristics than a liner lock. Knives with bearing washers will open differently than knives without washers.
   b. Materials: Different materials will have different properties. These include weight, frictional co-efficiency (lubricity), and finishing characteristics.
   c. Construction: Different construction methods will produce different fits and finishes and as a result, different ease of knife operation.

   Each manufacturer designs knives to a particular price range. This will determine the materials, the methods and design of how this knife will perform. All of these requirements will determine the outcome of the knife. The knife shape, weight, color and ease of operation are determined by the design, material, and construction methods. Each company will produce knives that are different. The knife industry as a general rule works diligently and in good faith to produce knives that are safe and practical as tools. New materials and designs are meant to enhance the usefulness of this tool.

2) <u>Manufacturing variances between individual knives of the same make and model</u>

   Material and operations both have variances in dimensions and specifications. This is always present in any manufacturing operation. No two folding knives on a production line will have the exact same mechanical characteristics. This affects the outcome of all knife

mechanisms. Manufacturing tolerances and variances in moving parts of a folding knife will vary to the extent that one person performing the "wrist flick test" may pass some knives while other knives of the same model knife fail at the same time.

Custom knife makers who spend the time to produce more perfect knives can actually make folding knives that have a "bias toward closure" but due to the polished surfaces, operate so smoothly they would more likely fail the "wrist flick test" because of the reduced friction between the blade and bearing surfaces. These knives are expensive and may cost thousands of dollars.

3) <u>Wear and tear on a knife over time</u>.

Knives wear through use, so that the normally tight tolerances of a new knife are no longer present. Normally, all things being equal, a folding knife becomes somewhat easier to open over time. This means that a folding knife will generally become easier to "wrist flick" over time.

4) <u>The potential presence of an adjusting screw which can be adjusted</u>.

Some models of folding knives are assembled with threaded fasteners at the pivot point of the blade. This fastener can be adjusted for tightness and looseness and it directly impacts the extent of a knife's resistance to opening. Over time, the fasteners can loosen which also affects the ease or resistance to opening.

**Is the Wrist Flick Really Centrifugal Force?**

47. As discussed above, centrifugal force is defined as follows:

> Centrifugal force n 1: the force that tends to impel a thing or parts of a thing outward from a center of rotation. 2: the force that an orbiting body exerts on the object constraining it.

48. I also gave the example of the rotating swivel chair as an illustration of centrifugal force. Recall that no other movement other than the rotating chair has influenced or acted upon the knife.

49. Importantly, if a person performs this same swivel chair maneuver with a slip joint, lock back, or liner lock type folding knife, the blade in these knives will not open, under any realistic set of circumstances, because there is sufficient force designed and built into the knife (bias toward closure) to overcome centrifugal force. Therefore it is safe to say that these knives do not fall under the bias to be opened rule and also should not fall under the gravity knife definition as the application of centrifugal force will not open the knife.

50. The "wrist flick test" is not a true test for centrifugal force. The motion described by the "wrist flick" has two components. The first is centrifugal force which is imparted during the initial arm and wrist movement. The blade typically does not move from its closed position in the handle during this motion (application of centrifugal force) due to the bias to be closed.

51. However, the second part of the motion is the sudden stopping of the arm and wrist that stops the knife handle. <u>Inertia</u> then makes the blade move to the open position. It is this sudden stopping of the blade and the inertia of the blade continuing to move, not centrifugal force, which opens the blade. If these same knives were given the

14

"Swivel Chair Test," they would be legal knives. However, a traditional gravity knife, such as the German Paratrooper knife, could be opened using the "swivel chair test" because the blade does not have any bias toward closure and does not open on a pivot. A relatively small amount of centrifugal force would cause that blade to open.

## Closing

52.     In closing, I would like to state that true gravity knives are clearly and distinctly different than the legal knives being produced today. New York City's interpretation of the gravity knife law to include folding knives that resist opening is totally inconsistent with the understanding that knife companies have had since the 1950s.

## References

53.     In the course of developing my opinions, in additional to my general knowledge, training, and experience, I also reviewed publications of the American Knife and Tool Institute (AKTI), an industry organization of knife manufacturers, that I have attached hereto as **Exhibit H** and further marked for evidence as **Exhibit P-13**.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: March 7, 2016
       Cuba, New York

                                                PAUL TSUJIMOTO