# EXHIBIT "A"

# EXHIBIT "A"


Plaintiffs' Trial Exhibit P-6

# Curriculum Vitae

## Paul D. Tsujimoto
6 Stevens Ave.
Cuba, N.Y. 14727
(585) 968-4317

### Educational Background:

1977-Bachelor of Science- Industrial Technology  Cum Laude
   State University College at Buffalo
Additional coursework:
- Erie Community College- Mechanical Technology program
- State University at Buffalo- Mechanical Engineering Program
- ASNT Level III certification- Carrier Corp
- AWS Certified Weld Inspector

### Professional Experience:

**Ontario Knife Company**     Franklinville, New York
Oct 2015-Present   V.P Engineering
- Responsible for all Engineering and Quality Functions
- Implement 3D Printing and Scanning capabilities to Company
- Vice Chair of New Product Development Team
- Fiscal Oversight of all weekly A/P payments
- Manufacturing Routings Review Team
- Liaison of Overseas Sourcing

Dec2013-Oct 2015  Director of Engineering
- Responsible for development of both Engineering and Quality Departments at Ontario
- Begin ISO Certification for both Ontario and Internal Mold Shop
- Oversee development of both Quality and Engineering Standard Operating Procedures
- Co-lead of New Product Development Team
- Trouble shoot Manufacturing Floor and process issues
- Implement 3D Design Capability to Ontario Knife Co.

**Cutco Cutlery Co./ KA-BAR Knives**   Olean, New York
1998- 2013    Sr. Design Engineer/Quality Engineer KA-BAR Knives  Div of Cutco
- Responsible for all aspects of design, prototyping, costing, BOMs, routings and quality requirements on all new products for Ka-Bar knives and many Cutco Products
- Proficient in drawing/sketching and ACad. Basics of Solidworks 3D Design.

- Experienced with Ren, SLAs, FTMs prototyping.
- MCR approval committee member
- CCAT/Lean Manufacturing team member
- Experienced in Asian manufacturing and product procurement.
- Provided direct design or assistance to 7 new products with sales of $20 million +

1997-1998  Sr. Quality Eng/ Design Eng for Cutco Cutlery.
- Responsible for Assembly side Quality of Cutco products
- Responsible for design/development of Ka-Bar knife products.

**Ontario Knife Co.**   Franklinville, New York
1992-1997   Manager of Engineering and Quality
- Responsible for direct supervision of 4 Tool and Die and 2 Quality personnel.
- Introduced Drawing System and CAD to company
- Introduced Die Maintenance system to company
- Reduced Die change over from 1-3 days to 10 mins. (SMED)
- 6S organization to Tool Room and TQM principles to manufacturing
- Designed and implemented all new products from 1992-97 –$7 million

**Camillus Cutlery Co.**   Camillus, New York
1990-1992   Manufacturing/Facilities Engineer
- Provide engineering coverage to production floor
- Environmental engineer for Hazardous and restricted materials
- Implemented computer driven Standard Operating Procedures for Production
- Successfully disposed of 10 yrs of stored hazardous waste
- Company liaison to NYS, county and city environmental authorities.

**Anaren Microwave**   East Syracuse, New York
1986-1990   Manufacturing Engineering Supervisor
- Direct Supervision over 3 engineers and 2 technicians
- TQM Training/SPC Facilitator
- JIT/Lean Manf. Facilitator
- Initiated first automated Surface Mount system in production.
- Initiated Delta Strike Force Corrective action team.

1985-1986   Manufacturing Engineer
-Provide engineering coverage to 75% of plant manufacturing facilities
-Write/update Standard Operating Procedures
- Electro-Static Discharge Abatement Coordinator
- Reduced ESD repairs from 20% to non issue
- Maintained four production areas
- SME, Surface Mount Association Member

**Carrier Air Conditioning Co.**   Syracuse, New York
1983-1985  Non-Destructive Examination (NDE) Lab Supervisor
- Oversee all aspects of Non-destructive testing at Syracuse plant site
- Training and testing of all inspection and technical personnel regarding NDE
- Write and update the Carrier NDE and Radioactive Isotope manuals
- Certified ASNT Level III Examiner
- Secured Radioactive isotope and license
- ASNT, SME, AWS, ASQC member

1978-1983  Nuclear Quality Assurance Engineer
- Write and implement Quality plans for assigned nuclear jobs
- Audit Nuclear Qualified Vendors (Approx 150 per yr)

**Personal Interests:**
Collect knives, Outdoor sports, Martial Arts
**Health:** Excellent
**References:** Supplied upon request