# EXHIBIT "C"

# EXHIBIT "C"




## Gravity Knife Operation







Release Lever Locked

Release Lever Unlocked

1) Gravity Knife in locked position. Release lever on side of knife in locked position. Lock Mechanism holds the blade in the handle.

2) By moving release lever forward, the blade is unlocked and the blade falls from the knife handle because of the effect of gravity.

3) With the knife fully extended, the release lever is pulled backward and the blade is locked in the retracted position.

# EXHIBIT "D"

EXHIBIT "D"




# EXHIBIT "E"

# EXHIBIT "E"



Plaintiffs' Trial Exhibit P-10





Switchblade Operation





1) Knife is in closed position. Blade is fully retracted in the handle.

2) The thumb moves over the release button.

3) The pressed button releases the holding mechanism and the blade is rotated out to the open position by the force of a compressed spring.

# EXHIBIT "F"

# EXHIBIT "F"

Plaintiffs' Trial Exhibit P-11



Operation of a LockBack Folding Knife

# EXHIBIT "G"

EXHIBIT "G"



