# EXHIBIT "C"

# EXHIBIT "C"





# EXHIBIT "D"

EXHIBIT "D"



# EXHIBIT "E"

# EXHIBIT "E"



