# EXHIBIT "K"

# EXHIBIT "K"



Plaintiffs' Trial Exhibit P-24

# EXHIBIT "L"

# EXHIBIT "L"


Plaintiffs' Trial Exhibit P-25

