# EXHIBIT "M"

# EXHIBIT "M"

