EXHIBIT
D-4

# NYLS' GOVERNOR'S BILL JACKET

---

## 1958
## CHAPTER 107

---

### 24 PAGES
(NYLS added 4 pages)

---

### PENAL LAW
Gravity Knives Ban

### Terms and Conditions

This legislative history has been furnished by New York Legislative Service, Inc. It consists of the official Governor's Bill Jacket, with enhancements consisting of any other relevant material that we can supply such as Committee Reports, Commission Reports, Senate and Assembly debate transcripts, public hearing transcripts, memoranda, and news clippings. It *may* be specifically tailored to a section of the Statutes which you requested, and may also be updated from time to time. These additional pages are clearly marked and are copyrighted as a compilation.

**Legislative histories purchased on behalf of your client may not be copied for archiving in your library, nor for distribution. This compiled legislative history may not be loaned or copied, nor submitted for inclusion on a union list for loan or copy.**

New York Legislative Service is a completely self-supporting, not-for-profit organization which operates as a service to the community. Essentially, our expert services are provided at cost, and we keep our fees as low as possible. These document fees are based upon a one-time usage by our clients and are our main source of income. Thank you for supporting our organization and helping us to maintain our services!

© Copyrighted as a compilation by

## NEW YORK LEGISLATIVE SERVICE, INC.
The Research Specialists on Legislative Intent and Current Legislation.
A NEW YORK NOT-FOR-PROFIT CORPORATION. ESTABLISHED 1932.
15 Maiden Lane, New York, NY  10038   (212) 962-2826   www.nyls.org

1-14-54~5M (JOMO·1452)

# CHAPTER *107*

2d Rdg. 27          Nos. 913, 1796          Int. 913

# IN ASSEMBLY

### January 9, 1958

E

Introduced by Mr. STEINGUT—read once and referred to the
Committee on Codes—reported from said committee with amend-
ments, ordered reprinted as amended and placed on the order
of second reading

## AN ACT

### To amend the penal law, in relation to the sale or possession of gravity knives

Notes

*Jurats and Enacting Clause*

Compared by *Monroe, Connally  Jeffers*

NEW YORK STATE LIBRARY    *March 5, 1958*

Approved by

MICROFILMED

DATE *8-18-39    2*
NO. OF PRINTED BILLS
NO. OF EXPOSURES
EXCLUSIVE OF BILLS    *18*

Form No. 88-2000

# State of New York

## In Assembly

FEB 1  ...................................................... 1958

Ordered, That the Clerk deliver the bill entitled

# AN ACT

To amend the penal law, in relation to the sale or possession of gravity knives

to the Senate, and request its concurrance in the same.

By order of the Assembly

ANSLEY B. BORKOWSKI

Clerk

—1—

**IN SENATE**
Passed Without Amendment

FEB 24 1858

By order of the SENATE

*William P. King*
SECRETARY

2

*Mr. Walsh*

RECEIVED

27 Rec'd

COUNSEL TO THE GOVERNOR

**THE ASSEMBLY**
**STATE OF NEW YORK**
**ALBANY**

STANLEY STEINGUT
271 MADISON AVENUE
NEW YORK CITY

February 26, 1958

Hon. Daniel Gutman
Counsel to the Governor
Executive Chamber
Albany, N. Y.

Dear Dan:

My bill Assembly Introductory 913,
Print 1796, simply includes gravity knives
in Section 1896 which makes any person who
sells or has in his possession certain
dangerous weapons guilty of a misdemeanor.

The gravity knife has come into
being as a circumvention of this section and
is the successor of the switchblade knife.
The gravity knife is not violative of this
section and, therefore, it is imperative that
it be included.

"STEINGUT"

Sincerely yours,

STANLEY STEINGUT
Member of Assembly

SS:ak

3

FRANCIS S. McGARVEY
SUPERINTENDENT

GEORGE M. SEARLE
DEPUTY
CHIEF INSPECTOR

MARTIN F. DILLON
CHIEF INSPECTOR



STATE OF NEW YORK

NEW YORK STATE TROOPERS
EXECUTIVE DEPARTMENT
DIVISION OF STATE POLICE
ALBANY

February 26, 1958.

Hon. Daniel Gutman,
Counsel to the Governor,
Executive Chamber,
Albany, N.Y.

Dear Judge Gutman:

This acknowledges your memorandum, enclosing
Assembly Bill Print No. 913-1796 Int. 913, an act to
amend the penal law, in relation to the sale or possess-
ion of gravity knives.

The proposed legislation deals with a techni-
cality concerning a type of dangerous weapon and clari-
fies and reinforces existing law.  The Division recom-
mends approval.

Very truly yours,

Francis S. McGarvey
Superintendent.

FSMcG/m.

4

5



THOMAS J. McHUGH
COMMISSIONER

WILLIAM E. FLANIGAN
EXECUTIVE ASSISTANT

STATE OF NEW YORK
DEPARTMENT OF CORRECTION
ALFRED E. SMITH STATE OFFICE BUILDING
ALBANY

WILLIAM E. LEONARD
DEPUTY COMMISSIONER
CHARLES S. ANTOLINA
DEPUTY COMMISSIONER
SOLOMON KAUFMAN
DEPUTY COMMISSIONER

February 27, 1958

Re: An act to amend the penal law, in relation
to the sale or possession of gravity knives

Assembly Int. 913 - Pr. 913, 1796
Assemblyman Steingut - Introducer

A 913

Hon. Daniel Gutman
Counsel to the Governor
Executive Chamber
Albany, New York

Dear Sir:

        Pursuant to your request for comment, please be
advised that this Department has no objection to the
approval of the above bill.

                        Very truly yours,

                        S. Kaufman

                        Solomon Kaufman
                        Deputy Commissioner

sk:hgj

6

CLASS OF SERVICE

This is a fast message unless its deferred character is indicated by the proper symbol.

# WESTERN UNION
## TELEGRAM
W. P. MARSHALL, PRESIDENT

SYMBOLS

DL = Day Letter

NL = Night Letter

LT = International Letter Telegram

1201

The filing time shown in the date line on domestic telegrams is STANDARD TIME at point of origin  Time of receipt is STANDARD TIME at point of destination

SYD138

SY NNB753 NL PD=NEWYORK NY 27=

GOVERNOR W A HARRIMAN=          1958 FB 27 PM 8 18

    ALBANY NY=

ADVISED BILL REGARDING GRAVITY KNIVES PASSED SENATE

ASSEMBLY NOW  AWAITING YOUR SIGNATURE OUR ASSOCIATION

URGES YOU SIGN=



    QUEENS COUNTY GRAND JURORS ASSOCIATION INC

    CLEMENS GRAFE=

THE COMPANY WILL APPRECIATE SUGGESTIONS FROM ITS PATRONS CONCERNING ITS SERVICE

March 4, 1958

My dear Mr. Grafe:

On behalf of Governor Harriman, I acknowledge receipt of your recent communication regarding the legislation concerning gravity knives.

The Governor has asked me to thank you for advising him as to your views in the matter.

Cordially yours,

DG:sfob

Mr. Clemens Grafe, Queens County Grand Jurors Assoc.
Queens Medical Society Building
112-25 Queens Boulevard
Forest Hills 75, New York

8

# Queens County Grand Jurors' Association, Inc.

## NEW YORK

*President*
HERMAN C. HANSEN
166-33 89th Avenue
Jamaica 32, N. Y.
REpublic 9-3243

*Vice-Presidents*
EMIL J. HORN
HERMAN WEBER
VINCENT J. ASHTON

*Counsel*
FRANK M. NICOLOSI

ROBERT ELLIOTT, JR., *Treasurer*
72-16 67th Place, Glendale 27, N. Y.
Tel. HEgeman 3-8393

STEPHEN F. SCHNEIDER, *Secretary*
53-29 62nd Street
Maspeth 78, N. Y.
Tel. HAvemeyer 9-4003



*Organized* 1935
*Place of Meeting*
QUEENS MEDICAL SOCIETY BUILDING
112-25 Queens Boulevard
Forest Hills 75, N. Y.

*Board of Governors*
*WILLIAM A. BANGERT
FLOYD V. BOICE
*ALFRED A. BUDDENHAGEN
*LEONARD S. COLYER
JAMES J. CREEGAN
JOHN M. CULKIN
FLOYD R. DAVIS
*ANTHONY F. DeSETA
*M. EUGENE FLIPSE
*JOHN L. FRANK
CLEMENS GRAFE
LAWRENCE J. HAMMEL
*HENDRICK E. HENDRICKSON
HERMAN P. HERZFELDER
HENRY L. HOLLRIEGEL
HARRY C. HUBER
*ROBERT H. HUEBNER
*JOHN L. KLAGES
JOSEPH MAIER
*THOMAS F. MALONE
*ALBERT A. MILLER
ANTHONY J. MOLESPHINI
HENRY J. MUFF
*ALBERT J. NIENSTEDT
EDWARD M. PARTRIDGE
*JOHN F. RAPP
WILLIAM J. RIGNEY
FREDERICK H. ROMMEL
FRED H. ROTHSTEIN
*DANIEL RUSSO
*MARTIN L. SAVARESE
CHARLES SCALA
*CHARLES H. SCHROEDER
*FRANCIS J. SORG
*THOMAS J. STYLES
*EMIL C. ZIMMERMANN

*Legislation Committee*
Clemens Grafe, Chairman
86-29 78 Street, Woodhaven 21, N. Y.

February 28, 1958

Governor Averell Harriman
State Capitol Building
Albany, New York

Honorable Sir:

I am confirming on behalf of our Association
the following telegram sent to you on yesterday's
date.

"Advised bill regarding Gravity Knives
passed Senate Assembly. Now awaiting
your signature. Our Association urges
you sign."

Due to the teenage problem at present prevalent
in New York City the passage of the bill in our
opinion will improve conditions in our City by
its enforcement.

Your co-operation is enlisted in this matter and
our Association would appreciate receiving your
comments at your earliest convenience.

Anticipating your favorable reply.

Sincerely yours,

Clemens Grafe

9

*Past Presidents*

*"The True Administration of Justice is the Firmest Pillar of Good Government."*



10

March 6, 1958

My dear Mr. Grafe:

On behalf of Governor Harriman, I acknowledge your letter of February 28, 1958 concerning legislation outlawing the use of gravity knives.

You will be pleased to know that Governor Harriman approved this bill yesterday and it is now part of the laws of our state.

Cordially yours,

Mr. Clemens Grafe
Queens County Grand Jurors' Association, Inc.
86-29 78th Street
Woodhaven 21, New York

DG:WJV:ms

11

# COMMITTEE TO BAN TEEN-AGE WEAPONS

STATE SEN. FRANK J. PINO
*Vice Chairman*

HON. JOHN E. CONE
*Chairman*

CITY COUNCILMAN JACK KRANIS
*Vice Chairman*

IN COOPERATION WITH
## THE YOUTH SERVICE LEAGUE
HON. ALBERT M. LEAVITT, President

**ADVISORY BOARD:**

VICTOR L. ANFUSO
*Member of Congress*
PETER C. BROWN
*Corporation Counsel, New York City*
ALBERT W. BYRNES
VINCENT J. CANISTO
JOHN CASHMORE
*Borough President, Brooklyn*
VERY REV. MSGR. WILLIAM M. CASEY
*Director, St. Vincent's Home for Boys*
ARTHUR CLINTON
*Dir. Bureau of Attendance,*
*Board of Education*
JOHN E. CONE
*Justice, N.Y.S. Supreme Court*
JOHN V. CONNORTON
*Executive Director,*
*Greater New York Hospital Ass'n*
IRVING BEN COOPER
*Chief Judge, Court of Spec. Sessions*
JAMES CRISONA
*Borough President, Queens*
ANTHONY J. DI GIOVANNA
*Justice, Supreme Court, Kings County*
HON. JONAH GOLDSTEIN
ROSS DI LORENZO
*Counsel, Workman's Compensation*
REV. ROBERT GALLAGHER
*Director, Youth Counseling Service,*
*Archdiocese of N. Y.*
LOUIS GOLDSTEIN
*Retired Justice, Kings County Court*
GEORGE H. HEARN
*City Councilman*
ALEXANDER G. HESTERBERG
*Tax Commissioner*
HULAN E. JACK
*Borough President, Manhattan*
NATHANIEL KAPLAN
*Justice, Court of Domestic Relations*
EDNA F. KELLY
*Member of Congress*
STEPHEN J. KENNEDY
*Police Comm., City of New York*
JACK KRANIS
*City Councilman*
ALBERT M. LEAVITT
*Chief Clerk,*
*Surrogate's Court, Kings County*
EMILIO NUNEZ
*Justice, City Court*
FRANK D. O'CONNOR
*District Attorney, Queens County*
FRANK J. PINO
*State Senator*
REV. DANIEL M. POTTER
*Protestant Council*
REV. VINCENT J. POWELL
*CYO Brooklyn Diocese*
DR. EDWARD D. RE
*Professor, St. Johns Law School*
ARTHUR J. ROGERS
*Director of Community Relations,*
*New York City Youth Board*
JOHN J. RYAN
*Assemblyman*
ARTHUR M. SCHREIER
JOSEPH T. SHARKEY
*Majority Leader,*
*New York City Council*
EDWARD S. SILVER
*District Attorney, Kings County*
RABBI RALPH SILVERSTEIN
*Temple Sinai*
ABE STARK
*President, New York City Council*
STANLEY STEINGUT
*Assemblyman*
EDWARD THOMPSON
*Justice, Court of Special Sessions*
RALPH WHELAN
*Executive Director,*
*New York City Youth Board*
JOSEPH ZARETZKI
*Minority Leader, State Senate*
**WOMEN'S DIVISION**
RITA DEVELIN
MAXINE DUBERSTEIN
SYLVIA EPSTEIN
LEE SINGER
ROSE SINGER

The Committee seeks to:
- Outlaw the "gravity knife."
- Limit the sale of bullets in New York City.
- Establish a temporary Commission to help modernize the Sullivan Law.
- Ban the importation and shipment in interstate commerce of switchblade and gravity knives.

March 6, 1958

Dear Governor Harriman,

You will note on the petitions submitted to you by Judge Cone in support of the bill to outlaw the "gravity knife" the message to return to me the thousands of signatures (see enclosed sample).

I call this to your attention so you will consider the strength the Duchess of N.Y.C. might have if aroused to use it.

They are really a dedicated group with a sincere interest in our youth. I should like to be able to tell them that you helped us. Please give enclosed appeal your careful consideration.

Respectfully yours,
Rita Develin

12

# COMMITTEE TO BAN TEEN-AGE WEAPONS

**714 FIFTH AVENUE, NEW YORK 19, N.Y.    Circle 5-2570-1**

HON. JOHN E. CONE
Chairman

STATE SENATOR FRANK J. PINO
Vice Chairman

GEORGE SAPAN
Treasurer

CITY COUNCILMAN JACK KRANIS
Vice Chairman

MRS. NATHANIEL SINGER
Chairman, Women's Division



IN COOPERATION WITH

## THE YOUTH SERVICE LEAGUE

HON. ALBERT M. LEAVITT, President

**ADVISORY BOARD**

VICTOR L. ANFUSO
Member of Congress

SAMUEL J. BATTLE
Former Parole Commissioner

PETER C. BROWN
Corporation Counsel, New York City

ALBERT W. BYRNES

VINCENT J. CARISTO

VERY REV. MSGR. WILLIAM M. CASEY
Director, St. Vincent's Home for Boys

JOHN CASHMORE
Borough President, Brooklyn

ALFRED J. CAWSE, JR.
Justice, Court Special Sessions

ARTHUR CLINTON
Dir, Bureau of Attendance,
Board of Education

JOHN E. CONE
Justice, N.Y.S. Supreme Court

JOHN V. CONNORTON
Executive Director,
Greater New York Hospital Ass'n

IRVING BEN COOPER
Chief Judge, Court of Spec. Sessions

JAMES CRISONA
Borough President, Queens

ANTHONY J. DI GIOVANNA
Justice, Supreme Court, Kings County

ROSS DI LORENZO
Counsel, Workman's Compensation

ROBERT W. DOWLING
President, City Investing Co.

JOHN GALARDI

REV. ROBERT GALLAGHER
Director, Youth Counseling Service
Archdiocese of N.Y.

HON. JONAH GOLDSTEIN
Retired Judge, Court General Sessions

LOUIS GOLDSTEIN
Retired Justice, Kings County Court

GEORGE H. HEARN
City Councilman

ALEXANDER G. HESTERBERG
Tax Commissioner

MORRIS HORN
Labor Representative

HULAN E. JACK
Borough President, Manhattan

NATHANIEL KAPLAN
Justice, Court of Domestic Relations

EDNA F. KELLY

STEPHEN P. KENNEDY
Police Comm., City of New York

ABRAHAM KRADITOR
Past Nat'l Comm. J.W.V.

JACK KRANIS
City Councilman

ANNA M. KROSS
Commissioner, Dept. of Corrections
City of New York

ALBERT M. LEAVITT
Chief Clerk,
Surrogate's Court, Kings County

DR. JULIUS MARK
Senior Rabbi, Temple Emanu-El

EMILIO NUÑEZ
Justice, City Court

FRANK D. O'CONNOR
District Attorney, Queens County

FRANK J. PINO
State Senator

(OVER)

---

We the undersigned urge the following legislative program to help ban teen-age weapons:

- Outlaw the "gravity knife."
- Limit the sale of bullets in New York City.
- Establish a temporary Commission to help modernize the Sullivan Law.
- Ban the importation and shipment in interstate commerce of switchblade and gravity knives.

| | NAME | ADDRESS |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |

RETURN AS SOON AS POSSIBLE TO:
RITA DEVELIN
301 EAST 23rd STREET
BROOKLYN 26, NEW YORK

13



STATE OF NEW YORK

DEPARTMENT OF LAW

ALBANY

LOUIS J. LEFKOWITZ
ATTORNEY GENERAL

MEMORANDUM FOR THE GOVERNOR

Re: Assembly Int. 913, Pr. 1796

This bill amends the Penal Law, Section 1896,
which makes it a misdemeanor for a person to manu-
facture, sell, loan, lease or give a switchblade to
any other person. The amendment similarly condemns
the sale, loan or lease of gravity knives which are
defined therein to be knives containing blades auto-
matically opened by the force of gravity. Section
1897, subdivision 3, relating to the possession, is
amended to permit the carrying of gravity knives in
certain circumstances.

There is no legal objection to this bill.

Dated March 3, 1958

Respectfully submitted,

Louis J. Lefkowitz
LOUIS J. LEFKOWITZ
Attorney General

14

NYC-55-10M-120021 (58) 114

THE CITY OF NEW YORK

# REPORT ON STATE LEGISLATION—*APPROVED*

Use a **separate** form for **each** bill. If necessary, continue on a blank sheet showing introductory and print numbers and pertinent item numbers.
Submit in **Duplicate to Legislative Representative** as follows:
   Original to Room 1100, De Witt Clinton Hotel, Albany, N. Y.
   Duplicate to Office of the Mayor, City Hall, New York 7, N. Y.

To: **THE MAYOR**
   Att. **The Legislative Representative**

From: Reporting
   Agency........ **POLICE DEPARTMENT** ..................

---

1. IDENTIFYING DATA (as printed on face of bill)

   SENATE INT. NO.                    PRINT NO.                 , INTRODUCER

   ASSEMBLY INT. NO.  913      PRINT NO. 913, 1796, INTRODUCER  Steingut

   TITLE OF THE BILL (Abbreviate if necessary) AN ACT to amend the penal
   law, in relation to the sale of posses-
   sion of gravity knives

2. ESTIMATED COST OR INCOME
   (Indicate sum total of estimated mandated expenses, revenue losses or income to City)

   | Expenses or Loss | Income |
   |---|---|
   |  |  |

---

3. STATUS OF THE BILL (as printed above bill's title or rubber stamped on bill)

   IN COMMITTEE ☐        ADVANCING ON CALENDAR ☐        BEFORE THE GOVERNOR ☒

---

4. EFFECT OF BILL AND REASONS FOR RECOMMENDATION
   (a. Describe legal effect of the bill and outline reasons for your recommendations. b. Include detailed analysis of any estimate shown in Item 2. c. Cite introductory and print numbers of identical or similar bills of current and prior years reported on by your agency and its recommendations thereon.)

           This proposal would amend Section 1896 and sub-
   division 3 of Section 1897 of the Penal Law. The bill
   defines as a misdemeanor the manufacture, sale or posses-
   sion of a gravity knife and as a felony the possession of
   such a knife if previously convicted of any crime. The
   gravity knife is one which is released from the handle or
   sheath thereof by gravity or by the application of centrif-
   ugal force. When released, it is locked in place by means
   of a button, spring, lever or other device.

           Under the present statutes covering dangerous
   and unlawful weapons, the switchblade knife is included
   therein while there is silence as to the gravity knife.
   There can be no doubt that the gravity knife is as much
   a hazard to the safety of the general public as the
   switchblade knife. Since it has been made unlawful to
   have and possess a switchblade knife, the gravity knife
   has been most attractive and useful to those engaged in
   criminal activity. The experience of this Department in-
   dicates that gravity knives are being used increasingly
   as weapons in the perpetration of such crimes as homi-
   cides, assault, rape and robbery. Naturally, since it
   is not unlawful to possess such a knife under present law,
   the person about to commit such heinous crimes has no
   fear of being apprehended with such knife in his posses-
   sion. As a result, one of the deterrent factors in the
   prevention of serious crimes is lost.



                          15

---

SIGNATURE OF AUTHORIZED OFFICER                    TITLE                    DATE

NYC 55-10M-120021(58) ◆◆◆ 114

THE CITY OF NEW YORK

## REPORT ON STATE LEGISLATION—*APPROVED*



Use a **separate** form for **each** bill. If necessary, continue on a blank sheet showing
  introductory and print numbers and pertinent item numbers.
Submit in Duplicate to **Legislative Representative** as follows:
  Original to Room 1100, De Witt Clinton Hotel, Albany, N. Y.
  Duplicate to Office of the Mayor, City Hall, New York 7, N. Y.

To: **THE MAYOR**                              From: Reporting
    Att. The Legislative Representative             Agency  **POLICE DEPARTMENT**

1. IDENTIFYING DATA (as printed on face of bill)

   SENATE INT. NO.                    PRINT NO.              , INTRODUCER

   ASSEMBLY INT. NO.  **913**          PRINT NO. **913, 1796** , INTRODUCER  **Steingut**

   TITLE OF THE BILL (Abbreviate if necessary)

   | 2. ESTIMATED COST OR INCOME<br>(Indicate sum total of estimated mandated expenses, revenue losses or income to City) | |
   | --- | --- |
   | Expenses or Loss | Income |
   |  |  |

3. STATUS OF THE BILL (as printed above bill's title or rubber stamped on bill)

   IN COMMITTEE ☐          ADVANCING ON CALENDAR ☑          BEFORE THE GOVERNOR ☒

4. EFFECT OF BILL AND REASONS FOR RECOMMENDATION
   (a. Describe legal effect of the bill and outline reasons for your recommendations. b. Include detailed analysis of any estimate
   shown in Item 2. c. Cite introductory and print numbers of identical or similar bills of current and prior years reported on by your
   agency and its recommendations thereon.)

- 2 -

The gravity knife is inherently dangerous.  To
children and adults not versed in the use of such weapons,
this knife can cause very serious injuries.

For the above reasons, this Department strongly
urges the enactment of this proposal.



**16**

SIGNATURE OF AUTHORIZED OFFICER          POLICE COMMISSIONER          March 3, 1958
                                              TITLE                       DATE

17

# THE COUNCIL



Res. No. 8

**Resolution Calling Upon the State Legislature to Pass Legislation Prohibiting the Sale of Gravity Knives.**

By Mr. Kranis—

Whereas, State Legislation to ban the sale of gravity knives is the crying need in the City of New York; and

Whereas, Such legislation has been discussed by prominent people in public life and they have urged such legislation; and

Whereas, The public prosecutors of The City of New York have all campaigned for such legislation; and

Whereas, The manufacturing of such gravity knives and the sale of them to teenagers, increases crime and juvenile delinquency; and

Whereas, The 1952 Legislature had outlawed the sale of switchblade knives to persons under 16; and

Whereas, Such law had not prohibited the sale of such gravity knives and because of such omission in the 1952 law in not prohibiting the sale of gravity knives, find themselves in abundance in the hands of teenagers with resultant increase in crimes; and

Whereas, Such legislation against the sale of gravity knives would be an important factor in curtailing juvenile delinquency; now, therefore, be it

Resolved, That the City Council go on record to asking the State Legislature to pass such legislation; and be it further

Resolved, That the Governor of the State of New York urge the State Legislature to pass said legislation; and be it further

Resolved, That a copy of this resolution be sent to His Excellency, the Governor of the State of New York and the Majority and Minority Leaders of both houses.

The City of New York, } ss.:
Office of the City Clerk, }

I hereby certify that the foregoing is a true copy of a Resolution passed by The Council of The City of New York on **FEBRUARY 18, 1958** on file in this office.

...................................................
*City Clerk, Clerk of the Council.*

# GROUP SEEKS BAN ON GRAVITY KNIFE

## Successor to Switchblade Is Called a New Tool of Teen-Age Crime

### By EMMA HARRISON

The "gravity knife" was introduced here yesterday as the "legal" successor to the outlawed switchblade. The purpose was to announce a campaign to outlaw the gravity knife as a tool of teen-age crime.

Several of the knives, recently confiscated by the police, were shown by the new Committee to Ban Teen-age Weapons as it opened its drive for legislation to ban the knives. They were said to be flooding the city.

By a technicality in the construction of the knife, manufacturers and distributors are able to sell it with impunity here, said Supreme Court Justice John E. Cone, committee chair-

man. He was interviewed at the New Yorker Hotel.

Judge Cone selected a sleek, silverish object from weapons that the committee had on display. He flicked his wrist sharply downward and the long blade shot forth and anchored firmly in position.

"You see," he said, "the blade leaps out with a flip of the wrist and circumvents the law on switchblade knives. There is no button needed to open it."

The knife circumvents the state law banning the sale of the switchblade, which opens by a spring mechanism. The law was passed in 1954.

Teen-agers have become aware that the knife can be purchased legally and have openly taunted the police when it has been found in their possession, Judge Cone reported. He said the knife was readily obtainable all over the city.

Ralph Whelan, executive director of the Youth Board, declared "the easy purchase of these knives is a contributing factor to the increase in juvenile and youth crime in the city" and that they had figured in "many local laws were helpless against of the most vicious crimes by young people."

Judge Cone's knife demon-

stration was attended by committee members and other citizens pledged to sponsor or support several types of legislation to outlaw the knife and other weapons used by youngsters. They announced the following legislative program for state, city and national action:

¶A state law to outlaw the gravity knife.

¶A state law making it unlawful to sell or give away any ammunition in New York City without the recipient's showing of a gun permit, hunting license or authorization from a national rifle association.

¶A measure to create a temporary state commission to study and recommend revision of the Sullivan Law relating to dangerous weapons, to eliminate "contradictory and outmoded provisions" and accurately to redefine dangerous weapons.

¶Federal legislation to prohibit interstate traffic in switchblade and gravity knives. It was estimated that 1,000,000 switchblade and gravity knives were either sold in or brought into the city yearly, and that many local laws were helpless against mail order purchases of the switchblade.

Representatives Edna F. Kelly

and Victor L. Anfuso, Brooklyn Democrat-Liberals, will introduce the Federal legislation.

Senate minority leader Joseph Zaretzki and Assemblyman Stanley Steingut, both Democrats, will sponsor the bill to outlaw the gravity knife. Senator Frank J. Pino and Assemblyman John J. Ryan, also Democrats, will sponsor measures to limit sale of ammunition and to establish the temporary commission.

The committee is composed of about 100 public officials and civic, welfare and religious leaders.

**The New York Times**

Published: December 19, 1957

Copyright © The New York Times

THIS DOCUMENT HAS BEEN ADDED BY NY LEGISLATIVE SERVICE, INC.

IT IS NOT CONTAINED IN THE GOVERNMENT FILE, HOWEVER, WE FEEL THAT IT MAY BE HELPFUL.

# COURT BANS SALES OF GRAVITY KNIVES

The Court of Special Sessions ruled yesterday that gravity knives were in the same category as switchblade knives, and their sale or possession was a violation of the Sullivan law.

A gravity knife is one with a button that keeps the blade concealed. When the button is pushed, disengaging the blade, a flip of the wrist or simply holding the knife pointed down will set the blade in place for cutting.

After the outlawing of switchblade knives, which operate with a spring mechanism, some hoodlums took to carrying gravity knives.

The ruling, handed down by Justices Edward T. Galloway, John V. Flood and Magistrate J. Randall Creel, who is sitting in Special Sessions temporarily, came in the case of a novelty store salesman.

The salesman, Terry Powell, 25 years old, of 305 East Twenty-fourth Street, was arrested last May in the Funny Store, Inc., at 1481 Broadway. He had sold a gravity knife to Detective Nardin Duncan. He was found guilty of violating the section of the law banning switchblade knives. He will be sentenced on March 12.

On Tuesday the City Council appointed a special committee to make recommendations concerning legislation designed to tighten control over the sale of dangerous weapons and ammunitions. One of the matters on the committee's agenda for discussion at its meeting on Monday is the gravity knife.

THIS DOCUMENT HAS BEEN ADDED BY NY LEGISLATIVE SERVICE, INC. IT IS NOT CONTAINED IN THE GOVERNMENT FILE, HOWEVER, WE FEEL THAT IT MAY BE HELPFUL.

The New York Times
Published: February 6, 1958
Copyright © The New York Times

# Ban Asked on Teen-Agers' Weapons



The New York Times

**Police Commissioner Stephen P. Kennedy, left, and Grover A. Whalen, a former Commissioner, examine a zipgun.**

THIS DOCUMENT HAS BEEN ADDED BY NY LEGISLATIVE SERVICE, INC. IT IS NOT CONTAINED IN THE GOVERNMENT FILE, HOWEVER, WE FEEL THAT IT MAY BE HELPFUL.

A committee of public officials and private citizens began a campaign yesterday for 250,000 signatures to petitions for outlawing the gravity knife and the sale of ammunition to anyone except a licensed hunter.

The drive was begun by the Committee to Ban Teen-Age Weapons at its new headquarters, 714 Fifth Avenue. The legislation is aimed at young hoodlums in New York, but enactment by city, state and nation was felt to be necessary. Bills have been introduced into the City Council, Legislature and Congress. The gravity knife is one in which a long blade slides by its own weight out of a hollow handle and locks in place. It became popular among young gangsters after the switchblade knife was outlawed in 1954. A Special Sessions court ruling on Wednesday held that the sale of gravity knives was illegal under the Sullivan Law.

The proposed ban on ammunition is intended primarily to stop the sale of .22-caliber cartridges to boys who shoot them from homemade guns.

Police Commissioner Stephen P. Kennedy said the proposed legislation would be "helpful" although not the final answer.

# HIGHER AGE LIMIT FOR ARMS IS URGED

## Kennedy Asks State to Raise Minimum for Purchase of Weapons From 16 to 18

The state's Penal Law should be revised to raise from 16 to 18 years the age of persons permitted to purchase firearms and ammunition, Police Commissioner Stephen P. Kennedy declared yesterday.

The Commissioner said adoption of the higher age limit would "provide leadership to other states, particularly those contiguous to New York."

Mr. Kennedy gave his views in an appearance at City Hall before a hearing of a City Council committee. The hearing was on proposals before the Council to seek a state legislative ban on the sale of .22-caliber bullets to teen-agers and on the sale of gravity knives altogether.

A gravity knife is one in which a long blade slides by its own weight out of a hollow handle and locks in place.

The Police Commissioner was one of nine speakers favoring the ban. Five persons opposed it.

Mr. Kennedy called gravity knives "dangerous" and said they should be specifically banned by law. A Special Sessions Court ruling last Wednesday held that the sale of gravity knives was illegal under the Sullivan Law.

The Commissioner conceded that .22-caliber bullets should be available to authorized persons, such as members of rifle clubs, but said that some means of identifying authorized purchasers should be established.

### Proposed Ban Scored

The suggested ban on .22-caliber bullets and gravity knives was, however, ridiculed by persons who opposed it.

Karl Frederick, former president of the National Rifle Association and winner of the individual pistol title at the 1920 Olympics in Antwerp, declared that the proposed ban would "disarm the honest people for the benefit of the crook."

The ban, Mr. Frederick asserted, could lead ultimately to prohibiting baseball bats, stones, sticks and kitchen cutlery as dangerous weapons.

Mr. Frederick, a lawyer of Rye, N. Y., and a member of the Commissioner's Advisory Committee of the State Conservation Department, said he had heard that young hoodlums had sometimes used can openers.

"Are you going to ban can openers?" he asked. "They are a very ugly weapon."

According to Mr. Frederick, gravity knives offer convenience to hunters, who can open them with one hand.

Speakers in favor of the proposed ban included Mrs. Nathaniel Singer, women's division chairman of the Committee to Ban Teen-Age Weapons, and James E. McCarthy, executive director of Big Brothers, Inc.

Mr. McCarthy declared that "more New York City youngsters are killed by .22 bullets than by any other."

Two resolutions were the subject of the hearing. One would call on the Legislature to outlaw the sale of gravity knives to persons under 16. The other would call for a ban on the sale of .22-caliber ammunition to teen-agers as "an important factor in curbing juvenile delinquency."

The New York Times
Published: February 11, 1958
Copyright © The New York Times

THIS DOCUMENT HAS BEEN ADDED BY NY LEGISLATIVE SERVICE, INC. IT IS NOT CONTAINED IN THE GOVERNMENT FILE, HOWEVER, WE FEEL THAT IT MAY BE HELPFUL.