

EXHIBIT D-7

# EDWARD DONLON
## ATTORNEY AT LAW P.C.
110 Wall Street, 11th Floor
New York, NY 10005
646-691-6380

May 19, 2010

To: District Attorney, County of New York
Executive Assistant District Attorney Karen Friedman Agnifilo
Senior Investigative Counsel Michael Kitsis

Re: Grand Jury Investigation #904
Native Leather, Ltd.
203 Bleecker Street
New York, NY 10012

Native Leather Ltd. will comply with the Grand Jury subpoena dated May 11, 2010 pertaining to Grand Jury Investigation #904 by delivering to your office, on May 19, 2010, the documents described in the subpoena. Native Leather Ltd. will further comply with the subpoena and make arrangements to turn over the gravity knives it has in its possession.

Native Leather Ltd. is a small, retail shop, specializing in hand made, leather goods including clothing, hats, belts, buckles, bags, and briefcases. Although Native Leather Ltd. has an inventory of knives, some of which meet the legal definition of a "gravity knife", the knives represents a very small percentage of its overall inventory. In addition, the vast majority of Native Leather's knives are of the small and decorative, (inlaid with Mother of Pearl, exotic wood, and semi-precious stone) pocket knife, variety. Native Leather's selection of knives does not, and never has, included switchblade knives, pillum ballistic knives, metal knuckle, automatic knives or cane swords.

Native Leather, Ltd. is a responsible company that has been in the Village for over forty years and shares the District Attorney's concern for public safety. The shop has had a strict policy of requiring proof that an individual is over the age of eighteen before selling them any knife, including the perfectly legal pocket knife. There are no allegations or reason to believe that any knife purchased from Native Leather Ltd. was ever used in the commission of a crime.

Native leather, Ltd is making every effort to assist in the Grand Jury investigation in a prompt and thorough manner and looks forward to a speedy resolution of this matter.

Sincerely,

Edward Donlon