

# Rather Declaration
# Exhs. D-8 through D-23

*A copy of the CD was served on plaintiffs' counsel by mail on April 8, 2016