**HARTMAN & WINNICKI, P.C.**
Daniel L. Schmutter, Esq.
74 Passaic Street
Ridgewood, New Jersey 07450
Phone: (201) 967-8040
Fax:    (201) 967-0590
dschmutter@hartmanwinnicki.com
Attorneys for Plaintiffs,
John Copeland, Pedro Perez, and
Native Leather, Ltd.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN COPELAND, PEDRO PEREZ, NATIVE LEATHER, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CYRUS VANCE, JR., in his Official Capacity as the New York County District Attorney, CITY OF NEW YORK, <br><br> Defendants. | Case No.: 11cv3918 <br><br> **REBUTTAL TRIAL DECLARATION OF JOHN COPELAND** |

JOHN COPELAND, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declares as follows:

1. I am fully familiar with the facts set forth herein which are based on my personal knowledge.

2. I am unsure of whether the Benchmade knife that I was arrest for possessing in 2010 had an adjustable tension screw with which one could loosen or tighten the tension of the blade. However, I can state with certainty that if it did have such a screw, I never adjusted the tightness of the screw at any time.

**DECLARATION UNDER PENALTY OF PERJURY**

1

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: May 5, 2016
New York, New York

JOHN COPELAND